## Crosby, *in error, versus* Boyden.

A judgment obtained against a defendant, before a justice of the peace, is erroneous and reversible, if it was rendered before the day at which the defendant was summoned to attend.

WRIT OF ERROR.

The plaintiff in error was sued before a justice of the peace, and was in April summoned to attend in the suit on the 28th of May. The judgment was, however, rendered against him upon default, upon the 21st of May, seven days before the time at which he was summoned to attend. This suit is brought to reverse that judgment.

*J. Crosby*, in support of the writ of error, cited 4 Mass.

516; 11 Mass. 300; 4 Mass. 171; 13 Pick. 172; 11 Mass. 413; 13 Mass. 271; 11 Mass. 507.

HOWARD, J., orally. — There was error in the proceedings before the justice, and the judgment must be reversed.